ACCEPTED
03-14-00570-CR
4759355
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/3/2015 1:27:02 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00570-CR

| | | |
|---|---|---|
| ERIC BYRON CRAYTON | § | IN THE THIRD |
| VS. | § | DISTRICT COURT OF |
| THE STATE OF TEXAS | § | APPEALS OF TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/3/2015 1:27:02 PM
JEFFREY D. KYLE
Clerk

## SECOND MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 31 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was convicted by a jury of Tampering with Physical Evidence on August 11, 2014 in the 207th District Court of Comal County. The jury then sentenced Appellant to 35 years confinement in the institutional division of the Texas Department of Criminal Justice. Appellant timely filed his notice of appeal and filed his brief with the Court on February 2, 2015. The State's brief is currently due on April 3, 2015.

### II.

Mr. Clayten Hearrell is handling this appeal for the State. Since the Court granted the First Motion for Extension, Mr. Hearrell had a trial involving aggravated robbery in early March. He had oral argument before the Court in 03-

1

13-00347-CR on March 25, 2015. He had a trial involving Possession of a Controlled Substance at the end of March, and beginning on April 6th, he will have a juvenile murder jury trial expected to last two weeks. Although he has performed additional research, Mr. Hearrell has not yet had an opportunity to complete the State's brief in this case, and in light of the foregoing, the State respectfully requests that the Court grant him a 31-day extension to file the Appellee's Brief. This is the second extension sought by Appellee.

III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully requests an extension of 31 days, until May 4, 2015, so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *Second Motion to Extend Time to File Appellee's Brief* has been delivered to Appellant ERIC BYRON CRAYTON's attorney of record in this matter:

Richard E. Wetzel
wetzel_law@1411west.com
1411 West Avenue
Suite 100
Austin, TX  78701
*Attorney for Appellant on Appeal*

By electronically sending it to the above-listed email address through efile.txcourts.gov e-filing service this 3rd day of April, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**